UNITED STATES DISTRICT COURT

NEW JERSEY DISTRICT COURT

| | |
|---|---|
| RYAN RUSSELL, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br>v.<br><br>ADVANCE AUTO PARTS, INC.,<br><br>Defendant. | Case No.: 3:16-cv-02685-PGS-DEA<br><br>NOTICE OF SETTLEMENT |

TO THE COURT, THE CLERK, AND TO ALL PARTIES OF RECORD: PLEASE

TAKE NOTICE that Plaintiff Ryan Russell and Defendant Advance Auto Parts, Inc. have reached a settlement in principle of the above-captioned matter and are in the process of preparing a written agreement. It is anticipated that a notice of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) will be filed within forty-five (45) days of the date of this Notice.

SO ORDERED: _____
DATED: 8/9/16

Respectfully submitted,
**CLARK LAW FIRM, PC**

By: _____
MARK W. MORRIS, ESQ.

Gerald H. Clark, Esq. NJ Bar No.048281997
Mark W. Morris, Esq. NJ Bar No. 118292015
811 Sixteenth Avenue
Belmar, New Jersey 07719
Phone: (732) 443-0333
Fax (732) 894-9647
Fax: (504) 524-5763

Scott J. Ferrell, Esq.
Victoria Knowles, Esq.
Newport Trial Group
4100 Newport Place, Suite 800
Newport Beach, CA 92660

1